# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER RICHARDSON, AN
INDIVIDUAL,
Appellant,
vs.
OSCAR CABADA, AN INDIVIDUAL;
AND JOSE ALBERTO CABADA-
OROZCO, AN INDIVIDUAL,
Respondents.

No. 81650

FILED

SEP 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on August 19, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kenneth C. Cory, District Judge
Drummond Law Firm
Bauman Loewe Witt & Maxwell, PLLC/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-35156